UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PNC Bank, N.A.,
       Plaintiff,

   v.            CIVIL ACTION NO. 09-40229-TSH

Cooling Our Future, Inc., d/b/a
Rita's Water Ice, and Brenda J. Farnsworth
and John D, Farnsworth, Individually,
       Defendants,

## JUDGMENT IN A CIVIL CASE

HILLMAN, D.J.

  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED: That judgment be entered in favor of the plaintiff, PNC Bank, against the defendants, Cooling Our Future Inc., Brenda J. Farnsworth and John D. Farnsworth, individually, in the amount of $271,727.98, with a per diem rate of $9.66, plus attorney's fees and costs.**

  **IT IS FURTHER ORDERED AND ADJUDGED: That judgment be entered in favor of the plaintiff, PNC Bank, against the defendants, Cooling Our Future Inc., Brenda J. Farnsworth and John D. Farnsworth, on the defendants' counterclaims.**

                  SARAH THORNTON, CLERK

Dated:  1/9/13          /S/ Lisa Belpedio
                  ( By )  Deputy Clerk